ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Philip Sullivan*, pro se, and *Charlotte Sullivan*, pro se, in support of the petition.

*Edward G. McAnaney*, in opposition.

Decided July 17, 2007

---

### STATE OF CONNECTICUT *v.* JUAN FERNANDO RAMIREZ

The defendant's petition for certification for appeal from the Appellate Court, 101 Conn. App. 283 (AC 26143), is denied.

KATZ and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*James B. Streeto*, special public defender, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided July 17, 2007

---

### STATE OF CONNECTICUT *v.* SCOTT D. SWAIN

The defendant's petition for certification for appeal from the Appellate Court, 101 Conn. App. 253 (AC 26398), is denied.

*Charles F. Willson*, special public defender, in support of the petition.

*Bruce R. Lockwood*, assistant state's attorney, in opposition.

Decided July 17, 2007